IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.                                                                      23-CR-67-LJV

KYLE FENTON,

                Defendant.

_____

**INFORMATION**
(Title 42, United States Code, Section 1320a-7b(b)(1)(B))

**COUNT 1**
**The United States Attorney Charges That:**

Between on or about March 16, 2017 and continuing to on or about August 15, 2018, in the Western District of New York and elsewhere, the defendant, KYLE FENTON, did knowingly and willfully solicit and receive renumeration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, in return for purchasing, ordering, or arranging for or recommending purchasing, or ordering any good, facility, service or item for which payment may be made in whole and in part under a Federal health care program, as defined in Title 42, United States Code, Section 1320a-7b(f), namely Medicare.

**All in violation of Title 42, United States Code, Section 1320a-7b(b)(1)(B).**

DATED:  Buffalo, New York, July 11, 2023.

                              TRINI E. ROSS
                              United States Attorney

BY:     _____
                              Franz M. Wright
                              Assistant United States Attorney
                              United States Attorney's Office
                              Western District of New York
                              138 Delaware Avenue
                              Buffalo, New York 14202
                              (716) 843-5700, ext. 5828
                              FWright@usa.doj.gov

FILED
JUL 11 2023
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY